AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 30 2019

David J. Bradley, Clerk

United States of America
v.
Mirian Teresa MOLINA-Hernandez
YOB: 1994  Citizenship: Honduras

Case No. M-19-1242-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 28, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowingly or in reckless disregard of the fact that M.E.L.H., a citizen of Honduras, who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport, by foot, said alien in furtherance of such violation of law within the United States, that is, from a location near Hidalgo, Texas to the point of arrest near Hidalgo, Texas. |

This criminal complaint is based on these facts:
On May 28, 2019, Border Patrol Agents apprehended a female subject, later identified as Mirian Teresa MOLINA-Hernandez, and a juvenile after illegally crossing into the United States by wading the Rio Grande River near Hidalgo, Texas. MOLINA claimed to be traveling along with her juvenile son. An immigration inspection was conducted and both subjects were determined to be illegally present in the United States.

✓ Continued on the attached sheet.

*Complainant's signature*

Sean Dunagan, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/30/2019  8:28 a.m.

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

RE: Mirian Teresa MOLINA-Hernandez

CONTINUATION:

On May 29, 2019, Homeland Security Investigations Special Agents (HSI) interviewed MOLINA after it was discovered that MOLINA was using a fraudulent document to claim the relation to the juvenile and further their unlawful entry into the United States. Prior to being interviewed, MOLINA was read her Miranda Rights and chose to waive them.

MOLINA stated that in fact she is not the mother of the child and was transporting the child in order to successfully gain entry into the United States. MOLINA admitted that she previously obtained the child's fraudulent document to show her as the mother. MOLINA stated that she intended on transporting the child from Honduras to Dallas, Texas. MOLINA stated she knew the child was illegally in the United States and intended on using the fraudulent document to further the juvenile's illegal entry and presence in the United States.